# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEXANDER JIGGETTS | * | |
| Petitioner | * | |
| v | * | Civil Action No. JFM-11-3218 |
| DOUGLAS F. GANSLER | * | |
| Respondent | * | |
| | *** | |

# **MEMORANDUM**

The above-captioned petition for writ of habeas corpus was filed on November 8, 2011. Petitioner seeks to "be released from illegal restraints upon me by being denied a hearing for a motion for sentence modification in Baltimore County Circuit Court from a 2006 conviction of first degree burglary." ECF No. 1. Petitioner states that he was denied a hearing on July 17, 2007. For the reasons that follow, the petition must be dismissed.

Title 28 U.S.C. §2241(c) specifies that the court's power to issue a writ of habeas corpus extends to "a prisoner" and limits the circumstances under which it may issue. Specifically, habeas relief may not be granted to a prisoner unless:

> (1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or
>
> (2) He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or
>
> (3) He is in custody in violation of the Constitution or laws or treaties of the United States; or
>
> (4) He, being a citizen of a foreign state and domiciled therein is in custody for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order or sanction of any foreign state, or under color thereof, the validity and effect of which depend upon the law of nations;

or

(5) It is necessary to bring him into court to testify or for trial.

Petitioner is not a prisoner and is not entitled to habeas corpus relief. Accordingly, by separate order which follows the petition will be denied and a certificate of appealability[1] shall not issue.

__November 16, 2011_       __/s/_____  
Date      J. Frederick Motz  
     United States District Judge

---

[1] A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U. S.C. § 2253(c)(2). The petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (citation and internal quotation marks omitted), or that "the issues presented are adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Because this court finds that there has been no substantial showing of the denial of a constitutional right, a certificate of appealability shall be denied. *See* 28 U. S.C.§ 2253(c)(2).